Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Della Diaz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DELLA DIAZ, | Case No.: 1:09 CV 00927 SMS |
| Plaintiff, | STIPULATION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the court, that Plaintiff shall have extension of time, to and including February 25, 2010, in which to provide Defendant with Plaintiffs Opening Brief. Defendants Responsive Brief is now due by March 26, 2010, and Plaintiffs Reply Brief shall be due 15 days thereafter.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | This stipulation is made at the request of Plaintiff's counsel due to the press |
| 2 | of business was unable to adequately review the case in the time allowed. Counsel |
| 3 | sincerely apologizes to the court for any inconvenience this may have had upon it |
| 4 | or its staff. |
| 5 | Respectfully submitted. |
| 6 | IT IS SO STIPULATED. |

DATE: February 2, 2010          Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                                  /s/ Denise Bourgeois Haley
                      BY: _____
                           Denise Bourgeois Haley
                           Attorney for plaintiff DELLA DIAZ

Date: February 2, 2010          GEORGE S. CARDONA
                                 Acting United States Attorney
                                 LEON W. WEIDMAN
                                 Chief, Civil Division

                      BY: /s/ *Armand D. Roth*
                           Armand D. Roth
                           Special Assistant United States Attorney
                           Attorneys for Defendant MICHAEL J. ASTRUE
                           Commissioner of Social Security

PDF created with pdfFactory trial version www.pdffactory.com

Denise Bourgeois Haley
Attorney at Law:   143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
DELLA   DIAZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DELLA DIAZ, | ) Case No.: 1:09 CV 00927 SMS |
| Plaintiff, | ) ORDER ON STIPULATION |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant | ) |

IT IS SO ORDERED on the stipulation of the parties that Plaintiff shall have extension of time, to and including February 25, 2010, in which to provide Defendant with Plaintiffs Opening Brief.  Defendants Responsive Brief is now due by March 26, 2010, and Plaintiffs Reply Brief shall be due 15 days thereafter.

IT IS SO ORDERED.

Dated:  February 11, 2010                   /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | /s/ Denise Bourgeois Haley |
| 4 | _____<br>Denise Bourgeois Haley<br>Attorney for plaintiff DELLA DIAZ |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

PDF created with pdfFactory trial version www.pdffactory.com