1 Denise Bourgeois Haley
Attorney at Law:   143709
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Della Diaz

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DELLA DIAZ, | Case No.: 1:09 CV 00927 SMS |
| Plaintiff, | STIPULATION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the court, that Plaintiff shall have extension of time, to and including February 25, 2010, in which to provide Defendant with Plaintiffs Opening Brief.  Defendants Responsive Brief is now due by March 26, 2010, and Plaintiffs Reply Brief shall be due 15 days thereafter.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  This stipulation is made at the request of Plaintiff's counsel due to the press
2  of business was unable to adequately review the case in the time allowed. Counsel
3  sincerely apologizes to the court for any inconvenience this may have had upon it
4  or its staff.

5  Respectfully submitted.

6  IT IS SO STIPULATED.

7  DATE: February 2, 2010          Respectfully submitted,

8                                  LAW OFFICES OF LAWRENCE D. ROHLFING

9                                       /s/ Denise Bourgeois Haley
                              BY: _____
10                                Denise Bourgeois Haley
                                  Attorney for plaintiff DELLA DIAZ
11

12
   Date: February 2, 2010                         GEORGE S. CARDONA
13                                   Acting United States Attorney
                                     LEON W. WEIDMAN
14                                   Chief, Civil Division

15                            BY:  /s/   *Armand D. Roth*
                                   Armand D. Roth
16                                 Special Assistant United States Attorney
                                   Attorneys for Defendant MICHAEL J. ASTRUE
17                                 Commissioner of Social Security

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1  Denise Bourgeois Haley
   Attorney at Law:   143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  DELLA   DIAZ

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
                            **FRESNO DIVISION**
11

12
13  DELLA DIAZ,                          ) Case No.: 1:09 CV 00927 SMS
                                         )
14           Plaintiff,                  ) ORDER ON STIPULATION
                                         )
15      vs.                              )
                                         )
16  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
17                                       )
             Defendant                   )
18  _____)

19      IT IS SO ORDERED on the stipulation of the parties that Plaintiff shall have

20  extension of time, to and including February 25, 2010, in which to provide

21  Defendant with Plaintiffs Opening Brief.  Defendants Responsive Brief is now due

22  by March 26, 2010, and Plaintiffs Reply Brief shall be due 15 days thereafter.

23

24  IT IS SO ORDERED.

25  Dated:   February 11, 2010              /s/ Sandra M. Snyder

26                                       UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING
3 | /s/ Denise Bourgeois Haley
   | _____
4 | Denise Bourgeois Haley
   | Attorney for plaintiff DELLA DIAZ

-4-

PDF created with pdfFactory trial version www.pdffactory.com